1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                      No.  CIV. S-13-1788 LKK/DAD

12              Plaintiff,

13        v.                             **ORDER**

14   NAKASH ENTERPRISES, LLC, a
     California Limited Liability
15   Company, and DOES 1-10,

16              Defendants.

17

18       The parties have filed a Stipulation for Dismissal Pursuant

19   to F. R. Civ. P. 41(a).  ECF No. 7.  The stipulation asks the

20   court to retain jurisdiction of the case after dismissal, for the

21   purpose of "interpretation and enforcement" of the settlement

22   agreement.  The settlement agreement was not attached or filed,

23   and the court has never seen it.

24       The court will not approve a stipulated dismissal that

25   purports to grant perpetual judicial enforcement over a

26   settlement agreement that the court has not seen or examined.

27   See Saint John's Organic Farm v. Gem County Mosquito Abatement

28   Dist., 574 F.3d 1054, 1059 (9th Cir. 2009) (judicially

                                    1

enforceable agreement where court incorporates the settlement into the order).  Nor will the court issue an order purporting to enforce a settlement agreement that is not known by the court to be judicially enforceable.  See Perfumebay.com Inc. v. eBay, Inc., 506 F.3d 1165, 1179 (9th Cir. 2007) (some settlements, such as those where the parties agree only on the goals of the agreement, "'may not result in a judicially enforceable agreement'").  Accordingly:

1.  The court declines to issue the proposed order (ECF No. 7-1); and

2.  The court now orders that appropriate dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

IT IS SO ORDERED.

DATED:  October 21, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT